# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 03-187 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Sergio Lopez, | |
| Defendant. | |

Petitioner's Motion for Waiver of Rights and Enter of Plea While in Absentia (Doc. No. 39) is **DENIED**.

Dated: June 2, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
